CASE NO. PD-0511-15

ALVIN PETER HENRY, Jr. §
    Petitioner, § IN THE COURT OF CRIMINAL
  §
v. § APPEALS OF TEXAS, IN AUSTIN
  §
FILED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk
STATE OF TEXAS, §
Respondant. §

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk

## MOTION TO SUSPEND RULE 68.4(J)

COMES NOW, Alvin Peter Henry, Jr. Petitioner in the above styled and numbered cause, and files his motion to request for rule 68.4(j) to be suspended from the requirement in his filing process, and shows this Honorable Court GOOD CAUSE TO GRANT this motion as follows:

1· Petitioner is currently incarcerated in the TDCJ-CID Coffield unit in Anderson county, Texas, and is indigent.

2· The Coffield unit **does not allow** for inmates to make copies, and does not have a coping machine accessable to inmate.

3· Petitioner does not have counsel for his help, whom could provide a copy to this Honorable Court.

4· In the Texas Rules of Appellate Procedure rule 68.4(j), tells us that "the Petition must contain a copy of any opinion of the court of appeals." Petitioner only has one copy of the Sixth District Court of Appeals, in which it is the original, and the Petitioner has no plausable way or mean to obtain an additional copy to send with his Petition for Discretionary Review at hand.

5· This Honorable Court has granted the Petitioner's motion to suspend rule 9.3(b) on May 4, 2015, to file a single copy and the Petitioner is imploring this Honorable Court to also suspend rule 68.4(j)—as It did with the number of copies to be filed.

page 1

## PRAYER

Petitioner prays that this Honorable Court will GRANT this motion, and allow the Petitioner to proceed without the accompany of the Sixth District Court of Appeals' Opinion, and ORDER the CLERK of the Court to make and provide all parties with a copy of the Memorandum Opinion.

## INMATE DECLARATION

I, Alvin Peter Henry, Jr., TDCJ #01935874, being incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. EXECUTED THIS DAY OF JULY 7, 2015.

ALVIN PETER HENRY, JR.
#01935874-Coffield unit
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Alvin Peter Henry, Jr., TDCJ #01935874, being incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that I have placed this said motion to suspend rule 68.4(j) in the internal mailing system, at the Coffield unit, on July 7, 2015. This is true and correct under the penalty of purjury. EXECUTED THIS DAY OF JULY 7, 2015.

ALVIN PETER HENRY, Jr.
#01935874-Coffield unit
2661 FM 2054
Tenn.colony, Tx. 75884
Pro se